IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHEYENNE MARIE FINK
ADC #712529                                                                               PLAINTIFF

v.                              No. 3:25-cv-187-DPM

ALBERT KITTRELL, Psychiatrist,
Wellpath, McPherson Unit                                                                  DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Fink's unopposed motion to dismiss, *Doc. 21*, is granted. Fed. R. Civ. P. 41(a). Her complaint will be dismissed without prejudice. All other pending motions, *Doc. 14, 19, & 20*, denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 December 2025