IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHEYENNE MARIE FINK
ADC #712529                                                               PLAINTIFF

v.                          No. 3:25-cv-187-DPM

ALBERT KITTRELL, Psychiatrist,
Wellpath, McPherson Unit                                                  DEFENDANT

JUDGMENT

Fink's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 December 2025